CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
*er *r*r*a
JUL 21 2006
JOHN F. CORCORAN CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| WILSON H. MANUEL, JR., | ) | CASE NO. 5:04CV00111 |
| Plaintiff | ) | |
| v. | ) | REPORT AND RECOMMENDATION |
| JO ANNE B. BARNHART<br>Commissioner of Social Security, | ) | By: B. Waugh Crigler<br>U. S. Magistrate Judge |
| Defendant | ) | |

Counsel has executed a stipulation for payment of attorney fees in the amount of

One Thousand Eight Hundred Dollars ($1,800.00) pursuant to the Equal Access to Justice Act,

28 U.S.C. § 2412. Therefore, it is

RECOMMENDED

that an Order enter awarding counsel for plaintiff, P. Kay Adrian, Esq. the sum of One Thousand

Eight Hundred and 00/100 Dollars ($1,800.00) in attorney fees under the Equal Access to Justice

Act (EAJA).

The Clerk is directed to immediately transmit the record in this case to the

presiding United States District Judge. Both sides are reminded that pursuant to Rule 72(b) they

are entitled to note objections, if any they may have, to this Report and Recommendation within

(10) days hereof. Any adjudication of fact or conclusion of law rendered herein by the

1

undersigned not specifically objected to within the period prescribed by law may become

conclusive upon the parties.  Failure to file specific objections pursuant to 28 U.S.C. §

636(b)(l)(C) as to factual recitations or findings as well as to the conclusions reached by the

undersigned may be construed by any reviewing court as a waiver of such objection.  The Clerk

is directed to send a certified copy of this Report and Recommendation to all counsel of record.

ENTERED: _____
　　　　　　　Judge

_____
7/21/06
Date

2