CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
AUG 30 2006
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| WILSON H. MANUEL, JR., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 5:04cv00111 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JO ANNE B. BARNHART, ) | By: Samuel G. Wilson |
| Commissioner of Social Security, ) | United States District Judge |
| ) | |
| Defendant. ) | |

This case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) to the Honorable B. Waugh Crigler, United States Magistrate Judge. The Magistrate Judge has filed a report recommending that an order be entered awarding P. Kay Adrian, Esq. an attorney fee in the amount of $1,800.00 under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412(d). Objections to the report and recommendation have not been filed, and the court is of the opinion that the report should be adopted. It is accordingly, **ORDERED** and **ADJUDGED** that P. Kay Adrian, Esq. be awarded an attorney fee in the amount of $1,800.00.

**ENTER:** This August 29, 2006.

_____
UNITED STATES DISTRICT JUDGE